1
2
3
4
5
6
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  DANIEL JAMES HARPER,                    No. CIV S-07-0851-GEB-CMK-P

12           Plaintiff,

13      vs.                                 ORDER

14  CALIFORNIA DEPARTMENT
    OF CORRECTIONS, et al.,
15
             Defendants.
16
                                        /
17

18           Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19  to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in

20  forma pauperis (Doc. 2).  Plaintiff has not, however, submitted a <u>certified</u> copy of his prison trust

21  account statement for the six-month period immediately preceding the filing of the complaint.

22  <u>See</u> 28 U.S.C. § 1915(a)(2).  The trust account statement submitted by plaintiff is not certified.

23  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account

24  statement or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order

25  may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

26  / / /

1

Dockets.Justia.com

1        Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30
2  days of the date of this order, a certified copy of his prison trust account statement, or the
3  appropriate filing fee.

5  DATED: May 9, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE