1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   DANIEL JAMES HARPER,              No. CIV S-07-0851-GEB-CMK-P
12                  Plaintiff,
13          vs.                        ORDER
14   CALIFORNIA DEPARTMENT
     OF CORRECTIONS, et al.,
15
                    Defendants.
16
     _____/
17
18          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant
19   to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in
20   forma pauperis (Doc. 2).  Plaintiff has not, however, submitted a underlined certified copy of his prison trust
21   account statement for the six-month period immediately preceding the filing of the complaint.
22   See 28 U.S.C. § 1915(a)(2).  The trust account statement submitted by plaintiff is not certified.
23   Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account
24   statement or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order
25   may result in the dismissal of this action.  See Local Rule 11-110.
26   / / /

                                    1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30

2  days of the date of this order, a certified copy of his prison trust account statement, or the

3  appropriate filing fee.

4

5  DATED:  May 9, 2007.

6

7                                                                                                    

8  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26